# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BRENTON NUTT, | No. CIV S-07-0253-FCD-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| ROSEANNE CAMPBELL, et al., | |
| Respondents. | |
| _____/ | |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On April 20, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. Timely objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 20, 2007, are adopted in full;

2. Petitioner's petition for a writ of habeas corpus is summarily dismissed for failure to exhaust state court remedies; and

3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: June 14, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE